# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

August 20, 2019

Lyle W. Cayce
Clerk

No. 19-40056
Conference Calendar

UNITED STATES OF AMERICA,

> Plaintiff-Appellee

v.

HECTOR ALFONSO PEREZ-RODRIGUEZ, also known as Alfonso Perez-Rodriguez,

> Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:18-CR-859-1

Before DENNIS, OWEN, and HO, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Hector Alfonso Perez-Rodriguez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Perez-Rodriguez has not filed a response. We have reviewed counsel's brief and the relevant portions of the

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 19-40056

record reflected therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.